1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11
                       ----oo0oo----
12

13   LORENZO DE VEGA, and            NO. CIV.S-10-1507 FCD DAD
     VIRGINIA S. DE VEGA,
14
            Plaintiffs,
15                                   ORDER AND ORDER TO SHOW CAUSE
         v.                          RE SANCTIONS
16
     SUNTRUST MORTGAGE, INC.,
17   et. al.,

18          Defendants.

19                     ----oo0oo----

20        1.   The hearing on Defendants' Motion to Dismiss (Docket

21   #4) is continued to August 20, 2010, at 10:00 a.m.  Plaintiffs

22   shall file and serve their opposition brief or notice of non-

23   opposition no later than August 6, 2010.  The defendants may file

24   and serve a reply on or before August 13, 2010.

25        2.   Plaintiffs' counsel is ordered to show cause why he

26   should not be sanctioned in the amount of $150.00 for failing to

27   file an opposition or notice of non-opposition to defendants'

28   motion in compliance with Local Rule 230(c).

3.   Plaintiffs' counsel shall file his response to the order to show cause on or before August 6, 2010.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: July 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2