UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LORENZO DE VEGA, and VIRGINIA S. DE VEGA,<br><br>      Plaintiffs,<br><br>  v.<br><br>SUNTRUST MORTGAGE, INC., et. al.,<br><br>      Defendants. | NO. CIV. S-10-1507 FCD DAD<br><br><u>ORDER FOR SANCTIONS AND</u><br><u>FURTHER ORDER TO SHOW CAUSE</u> |

----oo0oo----

On July 26, 2010, plaintiffs' counsel, Mr. Peter Jason Cabbiness, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c). The court ordered counsel to file his response to the Order to Show Cause on or before August 6, 2010. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

    1.    Plaintiffs' counsel, Mr. Peter Jason Cabbiness, is

ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on July 26, 2010.  Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiffs' counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

    2.   Plaintiffs' counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiffs' case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before September 10, 2010.

    3.   The hearing on defendants' Motion to Dismiss (Docket #4) currently set for August 20, 2010 is VACATED and RESET for September 24, 2010 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: August 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE